**BEFORE:** Judge James Orenstein   **Date:** 9/1/05   **Time:** Start 2:30   Stop 2:30

**Docket No.:** CR-04-0455   **Caption:** USA v. Patrick McFadden

**CRIMINAL CAUSE FOR** Plea

## Appearances

**Defendant:** Patrick McFadden  #: ___   ✓ Present __ Not Present __ In Custody __ On Bail
**Counsel:** Timothy McGinness   ✓ CJA __ Retained __ Federal Defenders

*[Additional defendant/counsel lines blank]*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 01 2005 ★
LONG ISLAND OFFICE

**Government:** Larry Ferrzani   **Interpreter:** ___
**Court Reporter:** ___   **Probation:** ___
**ESR (Tape/CD):** 05-85 (4468-7088)
05-86 (0-1100)
**Courtroom Deputy:** Michele Savona

___ Superseding (Indictment / Information) filed for defendant(s) _____

___ Defendant(s) _____ first appearance.

✓ Defendant(s) _____ sworn and advised of rights.

___ Defendant(s) _____ arraigned.

___ Defendant(s) _____ enters a **NOT GUILTY** plea to count(s) _____ of the (Superseding) Indictment / Information / Violation Report.

___ Defendant(s) waives trial before the District Court.

___ Waiver of Indictment executed for defendant(s) _____

✓ Defendant(s) _Patrick McFadden_ enters a **GUILTY** plea to count(s) __3__ of the (Superseding)(Indictment) Information / Violation Report.

✓ Court finds factual basis for the plea.

✓ Sentencing set for _Call MaryEllen Schaffner for a date on 9/6/05._

✓ Probation notified.

___ Status Conference set for _____

___ Case adjourned to _____

✓ Waiver of Speedy Trial executed for defendant(s) _____

Code: _____ ; from _____ ; to _____

___ Jury Selection and trial scheduled for _____

___ Motions by _____ ; Response by _____ ; Reply by _____

Hearing scheduled for _____

___ Bail set for Defendant(s) _____

___ TEMPORARY Order of Detention entered for defendant(s) _____

Pursuant to 18 U.S.C. § 3142(f)(2), a Temporary Order of Detention may be continued for up to:
  (a) three (3) days upon the Government's motion; or
  (b) five (5) days upon the Defendant's motion.
  (*Exclude* today's date and any Saturday, Sunday, or legal holiday in this computation)

___ Detention Hearing scheduled for _____

___ PERMANENT Order of Detention entered for defendant(s) _____

✓ Defendant(s) _____ continued on bond.

___ Defendant(s) _____ remanded.

___ Defendant(s) _____ remain in custody.

**NOTES:** _____