```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,          SATISFACTION OF JUDGMENT

        -against-                  Criminal Docket
                                   No. CR-04-0455

PATRICK MCFADDEN,                  (Spatt, J.)

                Defendant.
- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $28,362.42, that is, restitution in the amount of $25,262.42, a fine in the amount of $3,000.00 and a special assessment in the amount of $100.00, on January 12, 2007, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on April 13, 2007; and

WHEREAS, said judgment has been fully paid as to the defendant PATRICK MCFADDEN;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant PATRICK MCFADDEN.

Dated:  Brooklyn, New York
        April 1, 2013

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

By:  *s/Bonni J. Perlin*
      BONNI J. PERLIN
      Assistant U.S. Attorney
      (718)254-6264